PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SPENCER MATTHEW HOPPER,<br><br>            Defendant. | CASE NO. 1:22-CR-00310-JLT-SKO-4<br><br>**REVISED** STIPULATION TO SET CHANGE OF PLEA AND EXCLUDE TIME; FINDINGS AND ORDER |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024, at 8:30 a.m. Time was previously excluded until August 20, 2024. ECF 84. As to Mr. Hopper, the parties have reached a plea agreement. ECF 92.

2. The defendant requests the earliest available date the Court and counsel are available, which is May 6, 2024, for a change of plea. This date will allow adequate time for investigation and preparation, review of discovery, preparation for sentencing, and for continuity of counsel considering defense counsel's trial schedule.  The government joins in the request for this change of

1

plea date.

IT IS SO STIPULATED.

DATED: April 23, 2024

*/s/ Scott Quinlan*
SCOTT QUINLAN
Counsel for Defendant
SPENCER MATTHEW HOPPER

DATED: April 23, 2024

/s/ Arin C. Heinz
ARIN C. HEINZ
Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **April 23, 2024**

UNITED STATES DISTRICT JUDGE

2