UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER HOPPER, et al.<br><br>Defendants. | No.  1:22-CR-0310 JLT SKO<br><br>**ORDER DENYING REQUEST TO SEAL** |

The Court has considered the request of Mr. Hopper to seal his sentencing memorandum. He has provided an unredacted copy of the memo to allow the Court to consider the request. Mr. Hopper has identified a few pieces of information that are sensitive but has not pointed the Court to any analysis justifying the wholesale sealing of the memo. Moreover, he has failed to explain why minor redactions of the memo would not suffice. *See Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). Thus, the Court **ORDERS**:

///

///

///

///

1. The request to seal is **DENIED**. Counsel may file a redacted version of the memo on the public docket and provide an electronic, unredacted copy of the memo to ApprovedSealed@caed.uscourts.gov for filing.

IT IS SO ORDERED.

Dated: __**July 26, 2024**__

UNITED STATES DISTRICT JUDGE