1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  Telephone: (559) 442-0634

4

5  Attorney for Defendant SPENCER MATTHEW HOPPER

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 1:22-cr-0310 JLT SKO
12 | Plaintiff, |
13 | v. | **MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER**
14 | SPENCER MATTHEW HOPPER, |
15 | Defendant. |

19     On November 11, 2022 Defendant Spencer Matthew Hopper was indicted on federal
20 crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Mr. Hopper on
21 November 23, 2022. Mr. Lopez was sentenced pursuant to a plea agreement on April 11, 2024. He
22 was sentenced to 41 months. No appeal was filed. Having completed his representation of
23 Defendant Spencer Matthew Hopper, his counsel W. Scott Quinlan now moves to terminate his
24 appointment under the Criminal Justice Act.
25     Should Mr. Hopper require further legal assistance he has been advised to contact the
26 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare
27 ///
28

1

Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: January 3, 2025               Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, SPENCER MATTHEW HOPPER

**ORDER**

Having reviewed he notice and found that attorney W. Scott Quinlan has completed the services for which he was appointed, the Court hereby grants attorney W. Scott Quinlan's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this Order on Defendant Spencer Matthew Hopper at the following address and to update the docket to reflect Defendant's pro se status and contact information. The Defendant's address is as follows:

Spencer Matthew Hopper
Registration #29970-510
FPC Yankton
1016 Douglas Ave.
Yankton, SD 57078

IT IS SO ORDERED.

Dated:   **January 3, 2025**                           /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE